MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
By: SERRIN TURNER  
Assistant United States Attorney  
86 Chambers Street  
New York, New York 10007  
Telephone: (212) 637-2701  
Fax: (212) 637-2686  
Email: serrin.turner@usdoj.gov  

Return Date:   March 7, 2008

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------ x  
WILLIAM B. McGRATH,                              :  
                                                 :
                         Plaintiff,              :   **NOTICE OF MOTION**
                                                 :
           v.                                    :   07 Civ. 11058 (SAS)
                                                 :
MICHAEL B. MUKASEY, in his official capacity as United   :   ECF CASE
States Attorney General, CRAIG S. MORFORD, in his official :
capacity as Acting Deputy United States Attorney General, and :
ROBERT S. MUELLER, III, in his official capacity as      :
Director of the Federal Bureau of Investigation,         :
                                                 :
                         Defendants.             :
------------------------------------------------ x  

　　　　PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, defendants, by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Shira A. Scheindlin for an order dismissing the Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.  Pursuant to Judge Scheindlin's Individual Practices, undersigned counsel hereby certifies that the parties exchanged pre-motion letters in advance of this filing.

-2-

Dated: New York, New York
       February 4, 2008

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendant

                                  By:      */s/ Serrin Turner*
                                            SERRIN TURNER (ST-0646)
                                            Assistant United States Attorney
                                            86 Chambers Street
                                            New York, New York 10007
                                            Tel: (212) 637-2701
                                            Fax: (212) 637-2686